Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Joshua S. Markowitz, Esq. (State Bar No. 224256)
CARCIONE, CATTERMOLE, DOLINSKI,
STUCKY, MARKOWITZ & CARCIONE, L.L.P.
1300 S. El Camino Real, Suite 300
San Mateo, CA 94402
Telephone: (650) 367-6811
Facsimile: (650) 367-0367

Aaron B. Markowitz, Esq. (Cal. SBN 220694)
MARKOWITZ LAW GROUP,
A PROFESSIONAL LEGAL CORPORATION
501 Stockton Ave, Ste. 105
San Jose, CA 95126
Telephone: (408) 642-5937
Facsimile: (408) 516-9576

Attorneys for Plaintiffs

THOMAS R. BEER (SBN 148175)
PETER J. FELSENFELD (SBN 260433)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendants RÖHM GmbH; RÖHM PRODUCTS OF AMERICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR R. YOST, JR.; ERIKA YOST; and ENERGY CONCEPTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RÖHM GmbH; RÖHM PRODUCTS OF AMERICA; and DOES 3 to 10,<br><br>Defendant. | Case No. 13-CV-05203-JST<br><br>**JOINT STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER**<br><br>First Amended Complaint Filed: June 17, 2014 |

WHERAS the parties mediated this matter on June 25, 2015 as ordered by the Court;

WHERAS the parties have outstanding discovery that they agreed to put off until after the mediation in order to keep costs down prior to the mediation to promote settlement; however, the parties were unable to settle this matter and need to now complete their trial preparation;

WHEREAS the parties need additional time to complete their discovery and expert disclosers, which changes will not affect the trial date or the date of the Pre-trial Conference.

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

All discovery that is currently outstanding is to be completed no later than July 31, 2015.

The Initial Expert Disclosure date, which is currently set for July 15, 2015 is continued to August 15, 2015.

The Supplemental Expert Disclosure date that is currently set for August 15, 2015 is continued to September 15, 2015.

All other dates in the Court's original Scheduling Order shall remain the same.

IT IS SO STIPULATED AND AGREED.

Dated: June 29, 2015

CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE, LLP

By: /s/ Joshua Markowitz
JOSEPH W. CARCIONE, JR.
JOSHUA S. MARKOWITZ
Attorneys for Plaintiffs

Dated: June 29, 2015

MARKOWITZ LAW GROUP

By: /s/ Aaron Markowitz
AARON B. MARKOWITZ
Attorneys for Plaintiffs

Dated: June 29, 2015

HINSHAW & CULBERTSON LLP

By: _____
THOMAS R. BEER
PETER J. FELSENFELD
Attorneys for Defendants RÖHM GmbH;
RÖHM PRODUCTS OF AMERICA

Based on the stipulation of the parties, and finding good cause for this order, the Court modifies its Scheduling Order as follows:

All discovery that is currently outstanding is to be completed no later than July 31, 2015.

The Initial Expert Disclosure date, which is currently set for July 15, 2015 is continued to August 15, 2015.

The Supplemental Expert Disclosure date that is currently set for August 15, 2015 is continued to September 15, 2015.

All other dates in the Court's original Scheduling Order shall remain the same.

IT IS SO ORDERED.

Date: July 7, 2015

Hon. Jon S. Tigar

*IT IS SO ORDERED*
*Judge Jon S. Tigar*