1  Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
   CARCIONE, CATTERMOLE, DOLINSKI,
2  STUCKY, MARKOWITZ & CARCIONE, L.L.P.
   1300 S. El Camino Real, Suite 300
3  P.O. Box 5429
   San Mateo, CA 94402
4  Telephone: (650) 367-6811
   Facsimile: (650) 367-0367
5
   Aaron B. Markowitz, Esq. (State Bar No. 220694)
6  MARKOWITZ LAW GROUP
   501 Stockton Avenue, Suite 105
7  San Jose, CA 95126
   Telephone: (408) 642-5937
8  Facsimile: (408) 516-9576

9  Attorneys for Plaintiffs

10 Thomas R. Beer, Esq. (State Bar No. 148175)
   Peter J. Felsenfeld, Esq. (State Bar No. 260433)
11 HINSHAW & CULBERTSON, LLP
   One California Street, 18th Floor
12 San Francisco, CA 94111
   Telephone: (415) 362-6000
13 Facsimile: (415) 834-9070

14 Attorney for Defendants RÖHM GmbH; RÖHM PRODUCTS OF AMERICA

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19

| | |
|---|---|
| ARTHUR R. YOST, JR.; ERIKA YOST, and ENERGY CONCEPTS, INC., | Case No. 13-CV-05203-JST |
| Plaintiffs, | [Assigned to Judge Jon S. Tigar] |
| vs. | Related Case:<br>Yost v. Rohm Co., Ltd.<br>No. 4:13-cv-5203-JST |
| RÖHM GmbH; RÖHM PRODUCTS OF AMERICA; and DOES 3 TO 10, | JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER |
| Defendants. | First Amended Complaint Filed: June 17, 2014 |

WHEREAS the parties mediated this matter on June 25, 2015 as ordered by the Court;

WHEREAS the parties have outstanding discovery that they agreed to put off until after

1 the mediation in order to keep costs down prior to mediation to promote settlement; however,
2 the parties were unable to settle the matter and need to now complete their trial preparation;
3     WHEREAS the parties need additional time to complete their discovery and expert
4 disclosure, which changes will not affect the trial date or the date of the Pre-trial Conference.
5     THE PARTIES STIPULATE AND AGREE AS FOLLOWS:
6     All discovery that is currently outstanding is to be completed no later than September 4,
7 2015.
8     The Initial Expert Disclosure date, which is currently scheduled for August 15, 2015 is
9 continued to September 15, 2015.
10     The Supplemental Expert Disclosure date that is currently set for September 15, 2015 is
11 continued to October 15, 2015.
12     All other dates in the Court's original Scheduling Order shall remain the same.
13     IT IS SO STIPULATED AND AGREED.

14 Dated: August 12, 2015    CARCIONE, CATTERMOLE, DOLINSKI,
                              STUCKY, MARKOWITZ & CARCIONE, LLP

16                             By: _____
17                                 Joseph W. Carcione, Jr.
                                Joshua S. Markowitz
18                                 Attorneys for Plaintiffs

19 Dated: August 12, 2015    MARKOWITZ LAW GROUP

21                             By: _____
                                Aaron B. Markowitz
22                                 Attorneys for Plaintiffs

24 Dated: August 12, 2015    HINSHAW & CULBERTSON LLP

26                             By: _____
27                                 Thomas R. Beer
                                Peter J. Felsenfeld
                                Attorneys for Defendants Röhm GmbH;
28                                 RÖHM Products of America

1
2   Based on the stipulation of the parties, and finding good cause for this order, the Court
3 modifies its Scheduling Order as follows:
4   All discovery that is currently outstanding is to be completed no later than August 31,
5 2015.
6   The Initial Expert Disclosure date, which is currently scheduled for August 15, 2015 is
7 continued to September 15, 2015.
8   The Supplemental Expert Disclosure date that is currently set for September 15, 2015 is
9 continued to October 15, 2015.
10   All other dates in the Court's original Scheduling Order shall remain the same.
11
12   IT IS SO ORDERED.
13
14
15 Dated: August 18, 2015

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA