1  Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
2  Joshua S. Markowitz, Esq. (State Bar No. 224256)
   CARCIONE, CATTERMOLE, DOLINSKI,
3  STUCKY, MARKOWITZ & CARCIONE, L.L.P.
   1300 S. El Camino Real, Suite 300
4  San Mateo, CA 94402
   Telephone: (650) 367-6811
5  Facsimile: (650) 367-0367

6
   Aaron B. Markowitz, Esq. (Cal. SBN 220694)
7  MARKOWITZ LAW GROUP
   501 Stockton Ave, Ste. 105
8  San Jose, CA 95126
   Telephone: (408) 642-5937
9  Facsimile: (408) 516-9576

10 Attorneys for Plaintiffs

11
   THOMAS R. BEER (SBN 148175)
12 PETER J. FELSENFELD (SBN 260433)
   HINSHAW & CULBERTSON LLP
13 One California Street, 18th Floor
   San Francisco, CA 94111
14 Telephone:    415-362-6000
15 Facsimile:    415-834-9070

16 Attorneys for Defendants RÖHM GmbH; RÖHM PRODUCTS OF AMERICA

17
                         UNITED STATES DISTRICT COURT
18
                        NORTHERN DISTRICT OF CALIFORNIA
19
                            SAN FRANCISCO DIVISION
20

21 ARTHUR R. YOST, JR.; ERIKA YOST; and    ) Case No. 13-CV-05203-JST
   ENERGY CONCEPTS, INC.,                  )
22                                         )
                                           ) **JOINT STIPULATION AND [PROPOSED]**
23           Plaintiff,                    ) **ORDER TO CONTINUE RÖHM**
                                           ) **ENTITIES' MOTION FOR SUMMARY**
24       vs.                               ) **ADJUDICATION HEARING DATE AND**
                                           ) **OPPOSITION AND REPLY DEADLINES**
25 RÖHM GmbH; RÖHM PRODUCTS OF             )
   AMERICA; and DOES 3 to 10,              ) First Amended Complaint Filed: June 17, 2014
26                                         ) Date: October 22, 2015
           Defendant.                      ) Time: 2:00 P.M.
27                                         ) Courtroom 9, 19th Floor
28 _____ )

---

1
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
Case No. 13-CV-05203-JST

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

The present hearing date on Röhm's motion for adjudication, presently set for October 22, 2015 at 2:00 P.M. in Courtroom 9 will be continued to December 3, 2015 at 2:00 p.m. in Courtroom 9.

Plaintiffs' opposition to the motion, presently due on September 29, 2015, will be due on November 10, 2015.

Röhm's reply to the opposition, presently due on October 6, 2015, will be due on November 17, 2015.

The statutory deadline to file and hear dispositive motions in this case will be continued until after the hearing on Röhm's motion for adjudiciation, or the new date of December 3, 2015, presently requested.

IT IS SO STIPULATED AND AGREED.

Dated:  September 29, 2015          MARKOWITZ LAW GROUP

                                    By:  /s/ Aaron Markowitz
                                         Attorneys for Plaintiffs

Dated:  September 29, 2015          HINSHAW & CULBERTSON LLP

                                    By:  /s/ Thomas R. Beer
                                         Attorneys for Defendants

**FILER'S ATTESTATION**

I, Aaron B. Markowitz, Esq., am the ECF user whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Continue Hearing Date. In compliance with Local Rule 5-1(i)(3), I hereby attest that all party signatories hereto concur in this filing.

*//s// Aaron Markowitz*
[Name]

1  **[PROPOSED]** ORDER CONTINUING HEARING DATE AND RESPONSE DEADLINES

2  Based on the stipulation of the parties, and finding good cause for this order, the Court finds

3  as follows:

4  Defendants Röhm's motion for adjudication, presently set for October 22, 2015 at 2:00 P.M.

5  in Courtroom 9 will be continued to ~~December 3, 2015~~ December 1, 2015 at 2:00 p.m. in Courtroom 9.

6  Plaintiffs' opposition to the motion, presently due on September 29, 2015, will be due on

7  November 10, 2015.

8  Röhm's reply to the opposition, presently due on October 6, 2015, will be due on November

9  17, 2015.

10  The statutory deadline to file and hear dispositive motions in this case will be continued until

11  after the hearing on Röhm's motion for adjudiciation, or the new date of December 3, 2015,

12  presently requested.

14  IT IS SO ORDERED.

16  Dated: September 29, 2015

17  Hon. _____ Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Jon S. Tigar*

3
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
Case No. 13-CV-05203-JST