UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR R. YOST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROHM GMBH, et al., <br><br> Defendants. | Case No. 13-cv-05203-JST <br><br> **COURT'S INTENDED JUROR QUESTIONNAIRE** |

In advance of the trial currently scheduled for January 11, 2016, the Court wishes to solicit counsel's views regarding an appropriate written jury questionnaire. The Court intends to submit a written questionnaire to prospective jurors by mail in advance of the trial. Counsel may ask follow-up questions to responses in the questionnaire and may ask additional questions during voir dire. The Court intends to allow counsel to conduct at least some portion of voir dire, subject to time limits.

The Court has attached a proposed form of questionnaire. The Court requests that the parties provide the Court with a list of names of persons who *may* testify at trial by November 9, 2015, so that this information can be included in the form sent to prospective jurors. The Court can provide additional or amended information to prospective jurors on the day of trial. Parties' comments, objections to the forms of question, or suggested modifications to the questionnaire may also be submitted by November 9, 2015. The Court will rule on any suggestions or objections without a hearing.

IT IS SO ORDERED.

Dated: November 2, 2015

_____
JON S. TIGAR
United States District Judge

**JUROR QUESTIONNAIRE - INSTRUCTIONS**

The integrity of our legal system depends on the fairness and impartiality of jurors. This questionnaire has been prepared to assist the Court and the parties in this case to determine whether you may have had personal experiences related to, or prior knowledge concerning, the issues to be decided by the jury. Please fill out this questionnaire completely in ink. Since we need to make copies, do not write on the back of any page. If you need more room, continue at the bottom or side of the page, or on the last page (noting question number).

Please answer the questions honestly and completely. There are no right or wrong answers to any question. This questionnaire is part of the trial record, but will not be available generally to the public without an order of the Court. If you find that some of the questions call for sensitive personal information that you wish not to disclose here, please indicate that in your response. You will be provided an opportunity to speak with the judge and/or the attorneys outside the presence of other jurors.

At the end of the questionnaire, you will be asked to sign the questionnaire and to declare under penalty of perjury that your answers are true and correct.

Thank you for your cooperation.

**JUROR QUESTIONNAIRE**

Please fill out this form as completely as possible and print clearly. Since we will make copies for the attorneys and the Court, do not write on the back of any page.

1. Your name: _____

2. Your age: _____

3. The city where you live: _____

   How long you have lived there: _____

4. Your place of birth: _____

5. Do you rent or own your own home? _____

6. Your marital status: (circle one)

    single   married   live with partner   separated   divorced   widowed

7. What is your occupation, and how long have you worked in it? (If you are retired, please describe your main occupation when you were working).

_____

_____

_____

8. Who is (or was) your employer? _____

9. How long have you worked for this employer? _____

10. Please list the occupations of any adults with whom you live.

_____

11. If you have children, please list their ages and genders and, if they are employed, please give their occupations.

_____

_____

_____

_____

_____

12. Please describe your educational background:

Highest grade completed: _____

College and/or vocational schools you have attended:

_____

_____

_____

Major areas of study: _____

13. Have you ever served on a jury before? _____ How many times?_____

If yes: State/County Court _____ Federal Court _____

When? _____

Was it a civil or criminal case? _____

Did the jury(ies) reach a verdict? _____

14. Attached is a list of the parties in this case, the law firms representing the parties, attorneys in this case, and persons who are potential witnesses in this case. Do you know, or think you know, any of the persons listed?

    Yes:_____ No:_____

If so, make a check next to their name.

**VERIFICATION**

I, _____, declare under penalty of perjury under the laws of the State
   (PRINT FULL NAME)

of California and the United States of America, that the foregoing responses I have given on this juror questionnaire, and on any attached sheets, are true and correct to the best of my knowledge and belief.

_____                       _____
  DATE                                                         SIGNATURE

**List of Parties, Potential Witnesses, and Other People Connected With This Case**