UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR R. YOST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROHM GMBH, et al., <br><br> Defendants. | Case No.  13-cv-05203-JST <br><br> **ORDER REGARDING VOIR DIRE** <br><br> Re: ECF No. 52 |

Upon consideration, the Court has determined that given the length of the trial, it would in the best interest of the Court, parties, and potential jurors to not use the proposed questionnaire. See ECF No. 52.  The Court will only conduct oral voir dire.

IT IS SO ORDERED.

Dated: November 18, 2015

_____
JON S. TIGAR
United States District Judge