UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR R. YOST, et al., | |
|---|---|
| Plaintiffs, | Case No. 13-cv-05203-JST |
| v. | **ORDER TO FILE STIPULATION OF DISMISSAL** |
| ROHM GMBH, et al., | Re: ECF No. 59 |
| Defendants. | |

The parties stated on the record that they have settled this action. See ECF No. 59. Accordingly, all deadlines and hearings in this case are VACATED. By January 4, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby SETS a case management conference on January 13, 2016 at 2:00 p.m., which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

IT IS SO ORDERED.

Dated: November 23, 2015

_____
JON S. TIGAR
United States District Judge